ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:17-CR-156-O

SCOTT MATTHEW GOSS (02)

## FACTUAL RESUME

INFORMATION:   Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:   $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:

$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Factual Resume - Page 1

Fourth:  That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2015 and 2016, Scott Matthew Goss received multi-ounce quantities [RHN — usually quarter RHN or less] of methamphetamine from Celeste Blair, ~~Mandy Turner~~, and Lee Baker, often on consignment. In turn, Scott Matthew Goss distributed methamphetamine to various customers in the Fort Worth, Texas area, returning to Celeste Blair, ~~Mandy Turner~~, and Lee Baker for additional methamphetamine. In this manner, Scott Matthew Goss, Celeste Blair, ~~Mandy Turner~~, and Lee Baker conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 12th day of September, 2017.

_____  
SCOTT MATTHEW GOSS  
Defendant

_____  
RANDALL NUNN  
Counsel for Defendant